UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREETINGS TOUR, INC., | Civil Action No.: 1:23-cv-04848-AKH |
| Plaintiff, | |
| v. | [~~PROPOSED~~] JUDGMENT |
| NY & CO ECOMM LLC, et al., | |
| Defendants. | |

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

A Judgment is hereby GRANTED and ENTERED against NY & Co Ecomm LLC, a Delaware limited liability company, and in favor of Greetings Tour, Inc., a California corporation, as follows:

1. Statutory damages in the amount of $25,000.00;

The total Judgment entered against NY & Co Ecomm LLC is $25,000.00.

**SO ORDERED.**

Date: Nov. 29, 2023        By: /s/ Alvin K. Hellerstein
                               Hon. Alvin K. Hellerstein
                               United States District Judge